**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10215 |
| Plaintiff - Appellee, | D.C. No. 2:15-cr-00067-SPL |
| v. | |
| JUAN CARDONA-ELIAS, a.k.a. Jose Cardenas Ilies, a.k.a. Juan Jose Cardona-Elias, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted March 15, 2016[**]

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Juan Cardona-Elias appeals from the district court's judgment and

challenges the 27-month sentence imposed following his guilty-plea conviction for

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

reentry of a removed alien, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

Cardona-Elias contends that the district court procedurally erred by basing the sentence on a mischaracterization of his criminal history.  Because the record reflects that the district court may have based the sentence on the mistaken belief that Cardona-Elias had two prior convictions for illegal reentry, rather than one conviction for illegal reentry and one for illegal entry, we vacate and remand for resentencing.  *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc) (selection of sentence based on clearly erroneous facts constitutes procedural error).

In light of this disposition, we need not reach Cardona-Elias's remaining claim of sentencing error.

**VACATED and REMANDED.**